IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Yancey K. Gilligan | : | Chapter 13 |
| Margaret J. Gilligan | : | |
| | : | Case No.  19-17991MDC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motions to Avoid Liens filed at docket numbers 18 and 20.

Dated:  March 30, 2020                                                        /s/ Brad J. Sadek, Esquire
                                                                                  Brad J. Sadek, Esquire
                                                                                  Sadek and Cooper
                                                                                   1315 Walnut Street, Suite 502
                                                                                   Philadelphia, PA 19107
                                                                                   215-545-0008