IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Yancey K Gilligan : | Chapter 13 |
|    Margaret J Gilligan : | Case No.: 19-17991-AMC |
| : | |
|    Debtor(s) : | |

## MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Debtors, Yancey K Gilligan and Margaret J Gilligan, by and through Attorney Brad J. Sadek, hereby moves this Honorable Court to Sell their Real Property under Eastern District of Pennsylvania Local Rule 6004-1 and Section 363 of the United States Bankruptcy Code and in support thereof aver the following:

1. Debtors filed the Chapter 13 Bankruptcy Petition on December 27, 2019.

2. The subject real property is located at 907 Broadway Avenue, Secane, PA 19018 (the "Property").

3. The Debtors hold one hundred percent (100%) interest in the Property.

4. The Debtors believe it to be in their best financial interest to sell the property.

5. In furtherance of the sale, the debtor retained the services of Julianne Chamberlain of Keller Williams Real Estate-West Chester.

6. On or about September 18, 2024, The Seller entered into an Agreement of Sale of the property in the amount of $420,000. A true and correct copy of the Agreement of Sale is attached hereto and labeled as **Exhibit "A."**

7. The settlement date for the sale of the subject property is scheduled for October 25, 2024.

8. The buyers, Kenel Stevenson and Anita M. Stevenson, are not insiders of the Seller's and the sale represents an arms-length transaction between the parties, made without fraud and/or collusion.

9. Deutsche Bank National Trust Company, et. al., holds a mortgage in the approximate amount of $213,342.85.

10. Debtors are desirous of satisfying the outstanding balance of their Chapter 13 Plan upon sale of the subject real property.

**WHEREFORE**, Debtors, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order: (i) Granting this Motion, (ii) Authorizing the Debtor to sell the Property to the proposed buyer under the terms of that Agreement for the Sale of Real Estate free and clear of liens, claims interests and encumbrances, and, (iii) Granting the Debtor such other and further relief to which they may be justly entitled.

Dated: September 24, 2024                     /s/ Brad J. Sadek, Esq

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008